*Tuesday, February 2, 1999*

## DISCIPLINARY DOCKET

**97–2182. Disciplinary Counsel v. Kurtz.**
This matter is pending before the court upon the filing by the Clients' Security Fund of a motion for leave to file motion for order to show cause. Upon consideration thereof,
IT IS ORDERED by the court that the motion be, and is, hereby, granted.

*Wednesday, February 3, 1999*

## MERIT DOCKET

**97–2211. Tongren v. Pub. Util. Comm.**
Public Utilities Commission, No. 95–656–GA–AIR. *Sua sponte,* cause dismissed.
Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.
Moyer, C.J., not participating.

**98–1515. State ex rel. Jones v. Indus. Comm.**
Franklin App. No. 97APD04–479. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**98–2041. Reed v. Kinkela.**
In Habeas Corpus. On motion to dismiss and on motions for leave to supplement the record. Motions granted and cause dismissed.
Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**98–2323. State ex rel. Lamp v. Indus. Comm.**
In Mandamus. On motions for judgment on the pleadings. Motions granted and cause dismissed.
Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**98–2500. State ex rel. Rentz v. Ramsey.**
In Mandamus. On motion to dismiss of Donald Ramsey and on motion to dismiss of Judge Erich O'Brien. Motions to dismiss sustained. Cause dismissed.
Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**98–2539. State ex rel. Klopp v. Ohio Adult Parole Auth.**
In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**98–2540. State ex rel. Howard v. Cuyahoga Cty. Court of Common Pleas.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**98–2547. Henley v. White.**
In Prohibition. On motion to dismiss of Michael R. White and on motion to dismiss of state of Ohio, Ohio General Assembly, Governor George V. Voinovich, and Dr. John M. Goff. Motions to dismiss sustained. Cause dismissed.
Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**98–2588. State ex rel. Lucaj v. Craig.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**98–2607. State ex rel. Festi v. Bettis.**
In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss